HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELINO L PENA,<br><br>             Petitioner,<br><br>   v.<br><br>DONALD R HOLBROOK,<br><br>             Respondent. | CASE NO. C18-5975RBL<br><br>ORDER |

THIS MATTER is before the Court on Petitioner Pena's Motion for an extension of time to file a motion for Reconsideration Dkt. [28] of the Court's Order adopting the Magistrate Judge's Report and Recommendation Dkt. [25] and denying Pena's § 2254 habeas petition. Pena did not receive a copy of the R&R before the Court adopted it.

The Petitioner's motion is **GRANTED** in part: The Order adopting the R&R Dkt. [26] and the judgment in this case Dkt. [27] are **VACATED**. Petitioner Pena shall file Objections to the R&R within **30 days** of this Order, and the Court will rule on the R&R in light of them. The clerk should **RE-NOTE** the R&R Dkt. [25] for October 18, 2019.

IT IS SO ORDERED.

ORDER - 1

Dated this 12th day of September, 2019.

Ronald B. Leighton
United States District Judge