UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANGELINO L PENA,

                Petitioner,

v.

DONALD R HOLBROOK,

                Respondent.

No. 3:18-CV-05975-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 25], Petitioner Pena's Objections [Dkt. #32], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) Pena's federal habeas petition under 28 U.S.C. § 2254 is **DENIED**.

(3) The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Reccomendation.

(4) As Pena has been granted *in forma pauperis*, *in forma pauperis* may continue on appeal. *See* Rule of Appellate Procedure 24(a)(3).

IT IS SO ORDERED.

**DATED** this 1st day of November, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1